Amos T. HALL, Petitioner, v. UNITED STATES of America, Respondent.

No. 1026.

Circuit Court of Appeals, Tenth Circuit.

Jan. 26, 1934.

Frank Hickman, of Tulsa, Okl., for petitioner.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before LEWIS and BRATTON, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Motion denied and petition dismissed.